## EXHIBIT "A"

### TIME INCURRED DURING THE PERIOD
### JANUARY 23, 2002 THROUGH MAY 21, 2002

| INITIALS | ATTORNEY | RATE | HOURS | FEES AT STANDARD RATE | FEES CHARGED |
|---|---|---|---|---|---|
| **PARTNERS:** | | | | | |
| DCS | Daniel C. Stewart | $475.00 | 163.30 | $77,567.50 | $77,567.50 |
| PEH | Paul E. Heath | 370.00 | 2.3 | 851.00 | No Charge |
| JJL | James J. Lee (Litigation) | 400.00 | 59.70 | 23,880.00 | $23,880.00 |
| JMAR | James A. Markus | 400.00 | 1.20 | 480.00 | No Charge |
| WLWA | William L. Wallander | 400.00 | .40 | 160.00 | No Charge |
| JSM | James S. Meyer (Tax) | 490.00 | 3.00 | 1,470.00 | $1,470.00 |
| **ASSOCIATES:** | | | | | |
| JEMI | John E. Mitchell | 260.00 | 2.30 | 598.00 | No Charge |
| TMR | Tonya Moffat Ramsey | 225.00 | 475.60 | 107,010.00 | $107,010.00 |
| RHLO | Richard H. London | 180.00 | 303.80 | 54,684.00 | $54,684.00 |
| ABW | Abigail B. Willie | 195.00 | 11.50 | 2,242.50 | $2,242.50 |
| JCME | J. Carter Meyer | 290.00 | .30 | 87.00 | No Charge |
| ERW | Erec R. Winandy | 200.00 | 3.20 | 640.00 | No Charge |
| **PARAPROFESSIONALS:** | | | | | |
| YSWI | Yana S. Wingate | 150.00 | 52.20 | 7,830.00 | 7,035.00 |

| | | |
|---|---|---|
| TOTAL HOURS | 1,072.00 | |
| TOTAL FEES BILLED AT STANDARD RATES | $277,500.00 | |
| Reduction for Hours Not Billed | ($3,611.00) | |
| Reduction for Travel Time pursuant to LRBP 2016(A)(2) | ($3,610.00) | |
| **TOTAL FEES REQUESTED** | | $270,279.00 |
| EXPENSES AT STANDARD RATES | $29,695.57 | |
| Reduction for Local Fax Charges pursuant to Appendix 2016 to LRBP | ($327.00) | |
| **TOTAL EXPENSES REQUESTED** | | $29,368.57 |
| **TOTAL FEES AND EXPENSES REQUESTED** | | **$299,647.57** |