## EXHIBIT "A"

### TIME INCURRED DURING THE PERIOD
### JANUARY 11, 2003 THROUGH MAY 12, 2003

| INITIALS | ATTORNEY | RATE | HOURS | FEES AT STANDARD RATE | FEES CHARGED |
|---|---|---|---|---|---|
| **PARTNERS:** | | | | | |
| DCS | Daniel C. Stewart | $475.00 | 29.5 | $14,012.50 | $11,696.00 |
| JMDA | Josiah M. Daniel, III | $400.00 | 3.0 | $1,200.00 | $1,200.00 |
| RLKI | Robert L. Kimball (Corporate) | $475.00 | 15.4 | $7,315.00 | $7,315.00 |
| JAMM | James A. Markus (BUSI) | $435.00 | 6.6 | $2,871.00 | $2,871.00 |
| MEAR | Mark Early (Corporate) | $425.00 | .2 | $85.00 | No Charge |
| DCDA | David C. D'Alessandro (Corporate) | $450.00 | 7.5 | $3,375.00 | $3,375.00 |
| **ASSOCIATES:** | | | | | |
| TMR | Tonya Moffat Ramsey | $290.00 | 254.5 | $73,805.00 | $73,805.00 |
| JEMI | John E. Mitchell | $260.00 | .8 | $208.00 | No Charge |
| RHLO | Richard H. London | $225.00 | 73.2 | $16,470.00 | $16,470.00 |
| ABW | Abigail B. Willie | $195.00 | 1.6 | $312.00 | No Charge |
| TCCR | Todd C. Crosby | $160.00 | 26.6 | $4,256.00 | $4,256.00 |
| HJW | Holly J. Warrington | $160.00 | 19.2 | $3,072.00 | $3,072.00 |
| MTS | Mirjam Schuller Kirk (Corporate) | $330.00 | .2 | $66.00 | No Charge |
| ALYO | A. L. Youngblood (BUSI) | $325.00 | 28.9 | $9,392.50 | $9,392.50 |
| DSHA | Daren S. Harrell (BUSI) | $280.00 | 149.7 | $41,916.00 | $41,916.00 |
| KAF | Kimberly A. Frost (BUSI) | $255.00 | 16.4 | $4,182.00 | $4,182.00 |
| JWBU | Jeffrey West Burnett (BUSI) | $245.00 | 26.3 | $6,443.50 | $6,443.50 |
| LBL | Liuba Baban-Loutsenko (Corporate) | $225.00 | 45.4 | $10,215.00 | $10,215.00 |
| JSJ | Jeffrey S. Jenkins (Corporate) | $225.00 | 9.7 | $2,182.50 | $2,182.50 |
| TJWI | Todd J. Wimberley (Corporate) | $195.00 | 54.3 | $10,588.50 | $10,588.50 |
| **PARAPROFESSIONALS:** | | | | | |
| YSWI | Yana S. Wingate | $150.00 | 31.4 | $4,710.00 | $4,710.00 |
| KTRU | Kathy Truett | $150.00 | .5 | $75.00 | $75.00 |
| MMRE | Michelle M. Reyes | $150.00 | 21.1 | $3,165.00 | $3,165.00 |
| JHCO | Julie H. Cooper | $140.00 | 1.1 | $154.00 | $154.00 |
| PALE | Pamela A. Lewis | $135.00 | 2.0 | $270.00 | $270.00 |
| KDGR | Kami Greif | $125.00 | 19.4 | $2,425.00 | $2,425.00 |
| **PROJECT ASSISTANTS:** | | | | | |
| JMHI | John M. Hind | $65.00 | 3.4 | $221.00 | $221.00 |
| **TOTAL HOURS** | | | 847.8 | | |
| **TOTAL FEES BILLED AT STANDARD RATES** | | | | $222,987.50 | |
| Reduction for Hours Not Billed | | | | ($2,987.50) | |
| **TOTAL FEES REQUESTED** | | | | | $220,000.00 |
| **EXPENSES AT STANDARD RATES** | | | | $23,643.30 | |
| Reduction for Local Fax Charges pursuant to Appendix 2016 to LRBP | | | | ($213.00) | |
| **TOTAL EXPENSES REQUESTED** | | | | | $23,430.30 |
| **TOTAL FEES AND EXPENSES REQUESTED** | | | | | **$243,430.30** |