Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

**DROGIN, KAKIGI & ASSOCIATES**
STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

http://www.dkstat.com/
partners@dkstat.com

510-540-5071 (voice)
510-845-6011 (fax)

November  6, 2000

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of October, 2000, in the Lufkin
Industries case.  Work includes processing Mainframe and
Cyborg data based on updated raw data files; preparing
composition summaries; comparing DK and Lundquest ssn/empid
files; creating hires files from Mainframe and Cyborg
history data; preliminary analysis of initial assignment
based on Garrigan memo; preliminary examination of effect
of initial assignment on career adavancement; preparing
initial assignment data questions for teleconference;
preparing earnings data questions for teleconference;
discussions with G. Lundquest concerning data questions;
review of Lundquest questions re merging Mainframe and
Cyborg data; discussions with counsel; maintaining
documentation.

| | | | |
|---|---|---|---|
| Consulting fee | 56 hours @ $200.00/hour | 11200.00 |
| Programmer | 12 hours @ $ 75.00/hour | 900.00 |
| | TOTAL | $ 12100.00 |

Sincerely,

*Richard Kakigi*

*Paid*
*p/s*

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

October 5, 2000

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of September, 2000, in the Lufkin
Industries case.  Work includes discussions with G. Lundquest
regarding data; loading Mainframe data; processing CYBORG
history data; creating CYBORG yearend datafile; creating
CYBORG annual earnings file; processing Mainframe history
file; creating Mainframe yearend datafile; creating
Mainframe annual earnings file; merging Mainframe and
CYBORG yearend datafiles; preliminary regression on
annual salary; preliminary regressions on hourly rate
for hourly and salaried employees; process data from
defendants for earnings gap; create master file of
ssns/employee ids; study anomalies in data; discussion
with counsel; maintaining documentation.

| | | | |
|---|---|---|---|
| Consulting fee | 66 hours @ $200.00/hour | | 13200.00 |
| Programmer | 15 hours @ $ 75.00/hour | | 1125.00 |
| | | TOTAL | $ 14325.00 |

Sincerely,

Richard Kakigi

Paid
1/7/20..

**DROGIN, KAKIGI & ASSOCIATES**
STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

September 7, 2000

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of August, 2000, in the Lufkin
Industries case.  Work includes initial review of CD received
from defendants; conference call with counsel and expert
in Texas; initial review of paper documents and files
received from G. Lundquest; preparing questions about
data for G. Lundquest; discussion with counsel; maintaining
documentation.

| | | | |
|---|---|---|---|
| Consulting fee | 9 hours @ $200.00/hour | | 1800.00 |
| Programmer | 4 hours @ $ 75.00/hour | | 300.00 |
| | | TOTAL | $ 2100.00 |

Sincerely,

*[signature: Richard Kakigi]*

*[handwritten: paid 09/20/2000]*

PTFS002952

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

February  9, 2001

*108* **COPY**
*Lufkin*

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of January, 2001, in the Lufkin
Industries case. Work includes reviewing defendants'
letter in response questions about the data; discussions
with G. Lundquest regarding data; preparing materials
for teleconference; teleconference with defendants'
and Lufkin personnel regarding data; based on information
from teleconference: re-process Cyborg and Mainframe
earnings data, add EEO1/status/grade/active-nonactive/PT-FT
information from CYBORG_JOB_CODE table, preparing revised
year-end/hire/promotion files, study definitions of hires
and promotions; investigation of workforce composition
and progress of new hires; preliminary analyses of initial
assignment, promotions, compensation; studying numerous
anomalies in results of analyses such as the effect of
deficiencies in the Cyborg history data and effect of
regular and OT hours worked; re-processing data to
address anomalies; re-running analyses; discussions
with counsel; maintaining documentation.

| | | | |
|---|---|---|---:|
| Consulting fee | 95 hours @ $200.00/hour | | 19000.00 |
| Programmer | 8 hours @ $ 75.00/hour | | 600.00 |
| | | TOTAL | $ 19600.00 |

Sincerely,

*Richard Kakigi*

PTFS002953

*1 k c l u*

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

March 5, 2001

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of February, 2001, in the Lufkin
Industries case.  Work includes reprocessing various
files based on information received during teleconference;
creating combined Cyborg and Mainframe history file;
creating file of promotions; preparing workforce
compositions files; initial promotion analyses; initial
assessment of promotion and initial assignment;
regressions on hourly salary rates; regressions on
total earnings; various permtests to check regressions;
initial assessment of earnings and salary rate disparities;
computation of damages including backpay, frontpay and
interest; preparing work history information for
Garrigan declarants; preparing workforce descriptive
summaries; preparing initial liability and damage
report for counsel; discussion with counsel; maintaining
documentation.

| | | |
|---|---|---|
| Consulting fee | 82 hours @ $200.00/hour | 16400.00 |
| Programmer | 11 hours @ $ 75.00/hour | 825.00 |
| | TOTAL | $ 17225.00 |

Sincerely,

*Richard Kakigi*

MAR - 6 2001

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

April 9, 2001

**COPY**

*Lufkin*
*20490*

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of March, 2001, in the Lufkin
Industries case. Work includes prepare and send CD
containing history and earnings files to T. Garrigan;
preparing new hires file based on combined Cyborg and
Mainframe data; checking hires for anomalies; summarizing
and analyzing new hires file; study progress of new hires;
study lines of progression; prepare various files and
exhibits for meeting with counsel; meeting with counsel;
preparing termination for cause analysis; updating damage
calculations; calculation of rate of damage increase per
month; update statistical report; preparing name, history
and year-end files for website; creating secure client
web site for counsel; discussion with counsel; maintaining
documentation.

| | | |
|---|---|---|
| Consulting fee | 74 hours @ $200.00/hour | 14800.00 |
| Programmer | 11 hours @ $ 75.00/hour | 825.00 |
| | TOTAL | $ 15625.00 |

Sincerely,

*[signature]*

RECEIVED
APR 11 2001

# DROGIN, KAKIGI & ASSOCIATES
### STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

May  2, 2001

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of April, 2001, in the Lufkin
Industries case.  Work includes obtaining various counts
for counsel used in settlement brief; prepare and send
history, year-end and promotion datafiles with record
layouts to defendants; modifying search features on
website; discussions with counsel; maintaining
documentation.

| | | |
|---|---|---:|
| Consulting fee | 6 hours @ $200.00/hour | 1200.00 |
| Programmer | 2 hours @ $ 75.00/hour | 150.00 |
| Miscellaneous Expenses (fedex, tape conversion, etc) | | 36.84 |
| | TOTAL        $ | 1386.84 |

Sincerely,

*Richard Kakigi*

**DROGIN, KAKIGI & ASSOCIATES**
STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

July 5, 2001

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of June, 2001, in the Lufkin
Industries case.  Work includes reviewing new Cyborg data
received from defendants; discussion with G. Lundquest
regarding processing new data; initial processing of
data received from G. Lundquest; extracting new Cyborg
history records; merging with old history records;
reformating and adding various variables; combining
with old mainframe history records; process new payroll
data; combining old and new payroll data to get annual
earnings through 2000; creating year-end files with
annual earnings; running regressions through year 2000;
re-computing damages through year 2001 and 2002; reporting
regression and damage results to counsel; maintaining
documentation.

| | | |
|---|---|---|
| Consulting fee | 17 hours @ $200.00/hour | 3400.00 |
| Programmer | 24 hours @ $ 75.00/hour | 1800.00 |
| Miscellaneous Expenses (Kinko's access NYC) | | 118.21 |
| | TOTAL | $  5318.21 |

Sincerely,

Richard Kakigi

PTFS002957

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

August  2, 2001

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of July, 2001, in the Lufkin
Industries case.  Work includes using data received
June, 2001, create updated promotion and initial
assignment files; update promotion analyses; update
initial assignment analyses; update regression on
salary rates;  reporting results to counsel; maintaining
documentation.

Consulting fee               34 hours @ $200.00/hour     6800.00
Miscellaneous Expenses (Kinko's NYC)                       11.00

                                        TOTAL    $   6811.00

Sincerely,

*[signature: Richard Kakigi]*

PTFS002958

*Herke*

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

September 7, 2001

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

COPY

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of August, 2001, in the Lufkin
Industries case.  Work includes preparing for and attending
meeting with defendants counsel and expert; preparing various
studies based on memo from counsel; reviewing defendants'
mediation statement; review data documentation for variables
used by defendants expert; separate regressions by department;
updated damages for model with EEO; initial assignment
analysis by day of hire; investigation of specific jobs
and job movements as described by union contract; preparing
memo for mediation; discussions with counsel; maintaining
documentation.

| | | |
|---|---|---|
| Consulting fee | 88 hours @ $200.00/hour | 17600.00 |
| Programmer | 8 hours @ $ 75.00/hour | 600.00 |
| Miscellaneous Expenses (fedex, tape conversion, etc) | | 20.00 |
| | TOTAL | $ 18220.00 |

Sincerely,

*Richard Kakigi*

SEP 10 2001

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

October  2, 2001

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services performed during the month of September, 2001, in the Lufkin Industries case. Work includes processing and studying defendant bid analysis; preparing list of questions regarding anomalies in the data; studying various definitions of promotions and identifying possible promotions not designated as I30; discussion with counsel; review various models for analyzing initial assignment.

| | | |
|---|---|---|
| Consulting fee | 30 hours @ $200.00/hour | 6000.00 |
| Programmer | 7 hours @ $ 75.00/hour | 525.00 |
| | TOTAL | $  6525.00 |

Sincerely,

Richard Drogin

RECEIVED
OCT - 4 2001

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

**DROGIN, KAKIGI & ASSOCIATES**
STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

http://www.dkstat.com/
partners@dkstat.com

510-540-5071 (voice)
510-845-6011 (fax)

January 2, 2002

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of December, 2001, in the Lufkin
Industries case.  Work includes preparing memo updating
counsel on damage calculations; discussion with counsel;
maintaining documentation.

| | | |
|---|---|---|
| Consulting fee | 3 hours @ $200.00/hour | 600.00 |
| | TOTAL              $ | 600.00 |

Sincerely,

*Richard Kakigi*

RECEIVED
JAN - 8 2002

PTFS002961

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

October 1, 2002

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of August and September, 2001,
in the Lufkin Industries case.  Work includes discussion
with counsel re new damage calculations; reviewing
documentation re old damage calculations; reviewing
documentation to see if relevant variables are available;
email counsel re missing data for new damage calculations;
maintaining documentation.

| | | | |
|---|---|---|---|
| Consulting fee - Partners | 4 hours @ $250.00/hour | | 1000.00 |
| | TOTAL | $ | 1000.00 |

Sincerely,

*[signature]*

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

November 5, 2002

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of October, 2002,
in the Lufkin Industries case.  Work includes revised
regressions and damages that

1. eliminate JobGroup 1A jobs (see Darci 10/7/2002 email)
2. eliminate nonTexas counties by restricting to dept codes
   in Darci 10/7/2002 email
3. truncate tothrs to 2080 hours per year per Baker
4. use sen_yr instead of hire_yr for seniority
5. control for EEO1 for salaried but not hourly;

discussion with counsel; documentation.

| Consulting fee - Partners | 11 hours @ $250.00/hour | 2750.00 |
|---|---|---|
| | TOTAL | $ 2750.00 |

Sincerely,

*[signature]*



RECEIVED
NOV 11 2002
SAPERSTEIN. GOLDSTEIN.

PTFS002963

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

COPY

March 10, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of February, 2003, in the
Lufkin Industries case.  Work includes preparing damages
for hourly as requested by counsel during mediation; study
of approaches to determine damages for lost promotions;
discussions with counsel.

| | | |
|---|---|---|
| Consulting fee - Partners | 5 hours @ $250.00/hour | 1250.00 |
| | TOTAL $ | 1250.00 |

Sincerely,

PTFS002964

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

June 7, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

COPY

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of April and May, 2003, in the
Lufkin Industries case. Work includes meeting with counsel;
preparing questions for and participating in 30b6 deposition;
processing latest Cyborg data; processing atdat attendance
data; review of database documentation; review of deposition
testimony; construction of trial databases from mainframe and
Cyborg data; extensive checking and validation of database
extractions; study of bid data; discussions with counsel.

| | | |
|---|---|---|
| Consulting fee - Partners | 62 hours @ $250.00/hour | 15500.00 |
| Consulting fee - Associate | 50 hours @ $250.00/hour | 12500.00 |
| Staff Programmer | 46 hours @ $ 75.00/hour | 3450.00 |
| | TOTAL | $ 31450.00 |

Sincerely,

*[signature]*

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

July 5, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

COPY

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of June 2003, in the
Lufkin Industries case.  Work includes processing
and merging complex data files from various overlapping
sources to create a complete history, and year-end file;
extensive checking for anomalies, exceptions, and
irregularities in the data; prepare file including all
promotions; do numerous analyses in preparation of
report for trial; write report summarizing data, processing,
descriptive statistics, analyses, and conclusions;
develop and maintain online database; review documents;
prepare materials in response to document request from
defendants; meet with counsel; maintain documentation.

| | | | |
|---|---|---|---|
| Consulting fee - Partners | 126 hours @ $250.00/hour | | 31500.00 |
| Staff Programmer | 65 hours @ $125.00/hour | | 8125.00 |
| | | TOTAL | $ 39625.00 |

Sincerely,



RECEIVED
JUL 8 2003
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

PTFS002966

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

August 11, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612



Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of July 2003, in the
Lufkin Industries case.  Work includes channeling
analysis with machinist helper; same week channeling
analysis; miscellaneolus data checking; examine
EEO6 to EEO1 promotions; installing new website datafiles;
various meetings with counsel; documentation.

| | | |
|---|---|---|
| Consulting fee - Partners | 24 hours @ $250.00/hour | 6000.00 |
| Staff Programmer | 29 hours @ $125.00/hour | 3625.00 |
| Miscellaneous Expenses (fedex, tape conversion, etc) | | 36.81 |

                                    TOTAL     $  9661.81

Sincerely,

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

September 8, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

COPY

182

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of August 2003, in the
Lufkin Industries case.  Work includes reviewing Baker
report; initial processing of Baker backup materials;
comparing Baker promotion bid lists with DK promotion
file; preliminary study of initial placements
including machinist helper; preliminary study
of initial placements in the same week; study
EEO6 jobs; compare Baker hourly to salary promotions
with promotions from EEO6 to EEO1; preliminary study
of effect of shift on hourly rate regressions; prepare
list of blacks hired into foundry on same day as white
hired into non-foundry; prepare for Drogin depo;
various discussions with counsel; documentation.

| | | |
|---|---|---|
| Consulting fee - Partners | 56 hours @ $250.00/hour | 14000.00 |
| Staff Programmer | 15 hours @ $125.00/hour | 1875.00 |
| | TOTAL | $ 15875.00 |

Sincerely,



RECEIVED
SEP 1 0 2003
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

1016 *Jewel*

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

October 3, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

COPY

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of September 2003, in the
Lufkin Industries case.  Work includes searching through
Baker produced documents to locate files, programs, and
documents used in her analysis; study Baker programs to
determine algorithms and conditions used in her analysis;
compare promotions in Baker bid data to actual promotion
date in Mainframe and Cyborg data; study requisition data
and compare to hires; prepare questions and files for use
in Baker depo; modify regression analyses to see effect of
variables; compare Baker class list to our class list, and
identify differences, prepare memo to send to defts; do various
additional analyses to study the issues Baker raised in
her deposition; prepare various datafiles and put on dvd
for counsel; study education data available on computer
files; maintain documentation; discussions with counsel.

| | | |
|---|---|---|
| Consulting fee - Partners | 116 hours @ $250.00/hour | 29000.00 |
| Staff Programmer | 53 hours @ $125.00/hour | 6625.00 |
| FedEx | | 11.64 |
| | TOTAL | $ 35636.64 |

Sincerely,

*Richard Drogin*



RECEIVED
OCT 6 2003
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

PTFS002969

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

November  7, 2003

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of October 2003, in the
Lufkin Industries case.  Work includes study promotees
into salary positions; prepare list of salary jobs and
promotions into salary jobs for counsel; checking
class member count; prepare memo re defendants class
member list; study Baker regressions and input data;
hourly rate regressions on salaried employees; incorporate
EEO subcategory codes into data; regressions for backpay
calculations; backpay and interest calculations; study
Baker bid data comparing to salary promotion data;
prepare from-to file for counsel to expand definition
of salary promotion; editing promotion file to exclude
duplicates; declaration on promotion and hourly
payrates of salaried class members; prepare history and
yearend files with revised department codes; revised
descriptive statistics, initial assignment, promotion
and regression analyses; supplemental report;
report on backpay; maintain documentation; discussions
with counsel.

| | | | |
|---|---|---|---|
| Consulting fee - Partners | 215 hours @ $250.00/hour | | 53750.00 |
| Consulting fee - Associate | 42 hours @ $125.00/hour | | 5250.00 |
| Staff Programmer | 6 hours @ $ 75.00/hour | | 450.00 |
| | | TOTAL | $ 59450.00 |

Sincerely,

RyKakigi

PTFS002970

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

3104 Shattuck Avenue
Berkeley, CA 94705-1823

http://www.dkstat.com/
partners@dkstat.com

510-540-5071 (voice)
510-845-6011 (fax)

December 8, 2003

**COPY**

Ms Terry Demchak
Saperstein, Goldstein, Demchak & Baller
300 Lakeside Drive, Suite 1000
Oakland, California 94612

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the month of November 2003, in the
Lufkin Industries case.  Work includes loading and
processing various versions of Baker biddata backup files;
study and processing of TWC data versus hires; prepare TWC
examples of department cross-overs; gathering and reviewing
raw data received from defendant; loading and processing
Cyborg requisition data received 11/3/2003 from defendant's
counsel; processing Baker requisition backup data for
her supplemental report and comparing to previous
backup data;  comparing Cyborg requisition data with
Baker backup data; investigating when most senior
bidders passed over; preliminary analysis of non-foundry
offers on Cyborg requisition data; preliminary analysis
of initial assignment based on Cyborg requisition data;
review of Baker supplemental report; gathering materials
for trial; documentation; discussions with counsel.

| | | |
|---|---|---|
| Consulting fee - Partners | 106 hours @ $250.00/hour | 26500.00 |
| Consulting fee - Associate | 39 hours @ $125.00/hour | 4875.00 |
| Miscellaneous Expenses (fedex, tape conversion, etc) | | 46.78 |

TOTAL   $ 31421.78

Sincerely,

12-10

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

http://www.dkstat.com/
partners@dkstat.com
        December 9, 2003

CC

        Ms Terry Demchak
        Saperstein, Goldstein, Demchak & Baller
        300 Lakeside Drive, Suite 1000
        Oakland, California 94612


        Enclosed is the bill for deposition testimony given for
        McClain et al v. Lufkin Industries on November 18, 2003.


Deposition/court appearance        2 hours @ $350.00/hour        700.00
                                              TOTAL        $      700.00


        Sincerely,

Richard Drogin, Ph.D.                    **DROGIN, KAKIGI & ASSOCIATES**          3104 Shattuck Avenue
Richard Kakigi, Ph.D.                       STATISTICAL CONSULTANTS              Berkeley, CA 94705-1823

http://www.dkstat.com/                                                          510-540-5071 (voice)
partners@dkstat.com                                                             510-845-6011 (fax)
            January  7, 2004

        Ms Terry Demchak                                                         **COPY**
        Goldstein, Demchak, Baller & Dardarian
        300 Lakeside Drive, Suite 1000
        Oakland, California 94612


    Dear Ms Demchak,

    Enclosed is the bill for statistical consulting services
    performed during the month of December 2003, in the
    Lufkin Industries case.  Work includes reviewing
    and analyzing various defendant datasets and reports;
    analysis of issues raised at last minute before trial;
    review numerous documents prior to testimony at trial;
    preparation of various additional exhibits for trial;
    meetings with counsel; maintain documentation;
    testimony at trial.


    Consulting fee - Partners      139 hours @ $250.00/hour      34750.00
    Deposition/court appearance    6.50 hours @ $350.00/hour      2275.00
    Staff Programmer                22 hours @ $125.00/hour       2750.00
                                                  TOTAL       $ 39775.00


        Sincerely,



            Richard Drogin



# DROGIN, KAKIGI & ASSOCIATES
## STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

December  5, 2004

Ms Terry Demchak
Goldstein, Demchak, Baller & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, California 94612

**COPY**

Dear Ms Demchak,

Enclosed is the bill for statistical consulting services
performed during the months of October and November 2004,
in the Lufkin Industries case.  Work includes preparing
disks of website datafiles for submission to court at
trial; constructing website to allow court to perform
individual database searches; discussion with counsel;
documentation.

```
Consulting fee - Partners       5 hours @ $300.00/hour      1500.00
Staff Programmer                7 hours @ $150.00/hour      1050.00
Miscellaneous Expenses (fedex, tape conversion, etc)          34.93

                                    TOTAL        $   2584.93
```

Sincerely,

*[signature]*

DEC - 7 2004

PTFS002974