29 December 1997

Sandra Luna McCune
811 Wildwood
Nacogdoches, TX 75961

Timothy B. Garrigan
Attorney-at-Law
Stuckey & Garrigan Law Offices
P. O. Box 631902
Nacogdoches, Texas 75963-1902

RE:   No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division; <u>McClain, Thomas, et al. v. Lufkin Industries, Inc.</u>

Fees for professional services rendered as of 29 December 1997:

| Description | Time |
|---|---|
| 12/15/1997 Consultation w/ T. Garrigan | 2.5 hrs. |
| 12/18/1997 Data analysis w/ G. Lundquest | 9.0 hrs. |
| 12/19/1997 Consultation w/ T. Garrigan | <u>1.0 hrs.</u> |
| **TOTAL HOURS** | **12.5 hrs.** |
| **FEES 12.5 hrs. @ $75.00 per hour** | **$937.50** |

97-42

17 January 1998

Sandra Luna McCune
811 Wildwood
Nacogdoches, TX 75961

Timothy B. Garrigan
Attorney-at-Law
Stuckey & Garrigan Law Offices
P. O. Box 631902
Nacogdoches, Texas 75963-1902

RE:   No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division;
      McClain, Thomas, et al. v. Lufkin Industries, Inc.

Fees for professional services rendered as of 17 January 1998:

| Description | Time |
|---|---|
| 01/10/1998 Data analysis w/ G. Lundquest | 11.0 hrs. |
| 01/12/1998 Consultation w/ T. Garrigan | 3.0 hrs. |
| 01/14/1998 Report preparation | 7.5 hrs. |
| 01/15/1998 Report preparation | 5.5 hrs. |
| 01/16/1998 Report preparation | 8.0 hrs. |
| 01/16/1998 Consultation w/ T. Garrigan | 0.5 hrs. |
| 01/16/1998 Report preparation | 3.0 hrs. |
| 01/17/1998 Report preparation | 6.5 hrs. |
| **TOTAL HOURS** | **45.0 hrs.** |
| **FEES 45.0 hrs. @ $75.00 per hour** | **$3375.00** |

1-20-98
# 6534
$3375



19 February 1998

Sandra Luna McCune
811 Wildwood
Nacogdoches, TX 75961

Timothy B. Garrigan
Attorney-at-Law
Stuckey & Garrigan Law Offices
P. O. Box 631902
Nacogdoches, Texas 75963-1902

RE:  No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division;
     McClain, Thomas, et al. v. Lufkin Industries, Inc.

Fees for professional services rendered as of 19 February 1998:

| Description | Time |
|---|---|
| 02/06/1998 Consultation w/ T. Garrigan | 2.0 hrs. |
| 02/07/1998 Analysis of Corush's report | 3.0 hrs. |
| 02/08/1998 Analysis of Corush's report | 3.5 hrs. |
| 02/09/1998 Analysis of Corush's report | 5.5 hrs. |
| 02/10/1998 Rejoinder/testimony preparation | 4.5 hrs. |
| 02/11/1998 Rejoinder/testimony preparation | 3.5 hrs. |
| 02/12/1998 Rejoinder/testimony preparation | 4.0 hrs. |
| 02/13/1998 Rejoinder/testimony preparation | 2.5 hrs. |
| 02/14/1998 Rejoinder/testimony preparation | 4.0 hrs. |
| 02/15/1998 Rejoinder/testimony preparation | 3.5 hrs. |
| 02/16/1998 Rejoinder/testimony preparation | 8.0 hrs. |
| 02/17/1998 Consultation w/ T. Garrigan | 2.0 hrs. |
| 02/17/1998 Rejoinder/testimony preparation | 1.0 hrs. |
| 02/18/1998 Court appearance/expert testimony | 6.0 hrs. |

**TOTAL HOURS**                                 53.0 hrs.

**FEES 53.0 hrs. @ $75.00 per hour**            $3975.00



97-421

21 July 1998

Sandra Luna McCune *[initials]*
811 Wildwood
Nacogdoches, TX 75961

Timothy B. Garrigan
Attorney-at-Law
Stuckey & Garrigan Law Offices
P. O. Box 631902
Nacogdoches, Texas 75963-1902

RE: No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division; McClain, Thomas, et al. v. Lufkin Industries, Inc.

Fees for professional services rendered:

| Description | Time |
|---|---|
| 07/10/1998 Reviewing transcript/preparing for hearing | $3\frac{1}{3}$ hrs. |
| 07/12/1998 Reviewing transcript/preparing for hearing | $3\frac{1}{3}$ hrs. |
| **TOTAL HOURS** | $6\frac{2}{3}$ hrs. |
| **FEES** $6\frac{2}{3}$ hrs. @ $75.00 per hour | $500.00 |

#6954
pd $500 —
7/21/98

8 October 1998

Sandra Luna McCune  *sm*
811 Wildwood
Nacogdoches, TX 75961

Timothy B. Garrigan
Attorney-at-Law
Stuckey & Garrigan Law Offices
P. O. Box 631902
Nacogdoches, Texas 75963-1902

RE: No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division; McClain, Thomas, et al. v. Lufkin Industries, Inc.

Fees for professional services rendered:

| Description | Time |
|---|---|
| 07/15/1998 Preparation for hearing | 3.50 hrs. |
| 07/20/1998 Preparation for hearing | 5.75 hrs. |
| 08/06/1998 Preparation for hearing | 5.00 hrs. |
| 08/07/1998 Preparation for hearing | 3.25 hrs. |
| 08/08/1998 Preparation for hearing | 5.45 hrs. |
| 08/09/1998 Preparation for hearing | 4.25 hrs. |
| 08/16/1998 Preparation for hearing | 4.00 hrs. |
| 08/17/1998 Preparation for hearing | 3.00 hrs. |
| 08/18/1998 Hearing | 7.00 hrs. |
| 08/19/1998 Hearing | 8.00 hrs. |
| 08/20/1998 Hearing | 4.00 hrs. |

**TOTAL HOURS**                                    53.20 hrs.

**FEES 53.20 hrs. @ $75.00 per hour**              $3990.00

*10-19-98*
*# 7149*
*$3990*