UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN § | DATE:   10/30/09 |
| JUDGE: RON CLARK § | REPORTER: CHRIS BICKHAM |
| SYLVESTER MCCLAIN, ET AL § | CIVIL NO.:  9:97CV63 |
| *PLAINTIFF* | |
| LUFKIN INDUSTRIES § | |
| *DEFENDANT* | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff:   Tim Garrigan, Morris Baller, Terry Demchak
Attorneys for Defendant:   Doug Hamel, Chris Bacon

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   Telephone Conference  held in Beaumont.  11:15 am Court began.   Court and Counsel discuss issues including payment options and appeal.  12:00 pm Court and Counsel discussed proposed awards to various individuals.  12:15 pm Court questions counsel regarding Ohmbudsman.  Court instructed counsel to provide resumes of potential Ohmbudsmen. Counsel discussed proposed injunctive relief order. 12:30 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:   1   hrs.   15   mins.