IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SYLVESTER MCCLAIN, on his own behalf and on behalf of a class of similarly situated persons, et al., | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 9:97-CV-063 |
| vs. | § § | JUDGE CLARK |
| LUFKIN INDUSTRIES, INC., | § § | |
| Defendant. | § | |

## JOINT STATUS REPORT

At the mediation that was conducted on December 13, 2011, the parties successfully resolved the issue of outstanding attorneys' fees and expenses in the above-referenced matter. The parties also reached an agreement with respect to any future fees or expenses that might be incurred by Plaintiffs' counsel through the term of the Injunction for any work related to monitoring Lufkin's compliance with the Injunction. The parties are in the process of preparing a comprehensive settlement agreement and will notify the Court when that has been completed.

Respectfully submitted,

_____/s Christopher V. Bacon_____
DOUGLAS E. HAMEL
Attorney-In-Charge
dhamel@velaw.com
State Bar No. 08818300
CHRISTOPHER V. BACON
Of Counsel
cbacon@velaw.com
State Bar No. 01493980
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
(713) 758-2036 (Telephone)
(713) 615-5388 (Telecopy)

ATTORNEYS FOR LUFKIN INDUSTRIES, INC.

OF COUNSEL:

VINSON & ELKINS L.L.P.
1001 Fannin Street
Houston, Texas 77002-6760

US 1187958v.1

-2-

_____s/  Timothy Garrigan_____
TERESA DEMCHAK,
California Bar No. 123989
tdemchak@gdblegal.com
Attorney in Charge
MORRIS J. BALLER
California Bar No. 048928
mballer@gdblegal.com
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, CA  94612-3534
(510) 763-9800 (Telephone)
TIMOTHY GARRIGAN
Texas Bar No. 07703600
tim@sgclaw.org
Stuckey, Garrigan & Castetter Law Offices
2803 North Street
Nacogdoches, TX  75963-1902
(936) 560-6020 (Telephone)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on this 14th day of December 2011, a copy of the foregoing document was filed electronically through the Court's CM/ECF System and was automatically copied to Plaintiffs through the Court's electronic filing system.

_____/s Christopher V. Bacon_____
Attorney for Defendant
