# STUCKEY, GARRIGAN & CASTETTER
## LAW OFFICES

**P.O. Box 631902**
**Nacogdoches, Texas 75963-1902**

Curtis B. Stuckey
Timothy B. Garrigan
Alex A. Castetter

2803 North Street
Nacogdoches, Texas 75961
(936) 560-6020
FAX: (936) 560-9578

December 23, 2011

Via ECF and FAX 409-654-6280

Honorable Ron Clark
U.S. District Court for the Eastern District of Texas
United States Courthouse
300 Willow
Beaumont TX  77701

      Re:   No. 9:97cv063; U. S. District Court, Eastern District of Texas, Lufkin Division; McClain, et al. v. Lufkin Industries, Inc.

Dear Judge Clark:

      We write to advise you that the correction of a minor production problem has delayed the mailing of the Notice of Judgment Distribution Calculation to Class Members by one day, from December 22 to December 23.  This step of the process is governed by Section III. E. 2. of the Order Re: Monetary Relief (Dkt 684).  The slight delay is not expected to impact the other events scheduled by the Order.  Please let us know if you want any other information about this matter.

      Respectfully submitted,

      /s/ *TIMOTHY B. GARRIGAN*
      Timothy B. Garrigan

TBG/ahd

cc:   Christopher Bacon via e-mail
      Douglas Hamel via e-mail
      Terry Demchak via e-mail
      Mike Baller via e-mail
      Tony Rosenstein via e-mail