IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SYLVESTER MCCLAIN, on his own behalf and on behalf of a class of similarly situated persons, et al., | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 9:97-CV-063 |
| vs. | § § | JUDGE CLARK |
| LUFKIN INDUSTRIES, INC., | § § | |
| Defendant. | § | |

**DEFENDANT LUFKIN INDUSTRIES, INC.'S**
**UNOPPOSED MOTION FOR AN ORDER RELEASING LUFKIN INDUSTRIES AND**
**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA FROM**
**OBLIGATONS UNDER SUPERSEDEAS BOND**

Lufkin Industries requests an Order releasing Lufkin Industries and its Surety from their

obligations on the superseadeas bond.

On January 26, 2010, the Court approved a supersedeas bond in the amount of

$5,583,365.55 for backpay awarded by the Court, prejudgment interest, postjudgment interest,

and administrative costs.  Travelers Casualty and Surety Company of America, as surety, agreed

to be liable for all damages and costs that might be awarded against Lufkin Industries.

On November 18, 2011, the Court entered an Order to Distribute Funds, and Lufkin

Industries paid the full amounts guaranteed by the superseadeas bond on December 1, 2011.

Travelers Casualty and Surety Company of America has requested that Lufkin Industries

obtain an Order from the Court releasing it of its obligations with respect to the superseadeas

bond.  Lufkin Industries hereby requests such an Order.

Plaintiffs are unopposed to this Motion.

Respectfully submitted,

/s Christopher V. Bacon
DOUGLAS E. HAMEL
Attorney-In-Charge
dhamel@velaw.com
State Bar No. 08818300
CHRISTOPHER V. BACON
Of Counsel
cbacon@velaw.com
State Bar No. 01493980

OF COUNSEL:                         2300 First City Tower
                                    1001 Fannin Street
VINSON & ELKINS L.L.P.              Houston, Texas 77002-6760
1001 Fannin Street                  (713) 758-2036 (Telephone)
Houston, Texas 77002-6760           (713) 615-5388 (Telecopy)

ATTORNEYS FOR LUFKIN INDUSTRIES, INC.


## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with Plaintiffs' Counsel regarding this Motion, and Plaintiffs' counsel is unopposed.


/s Christopher V. Bacon
Attorney for Defendant


## CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2012, a copy of the foregoing document was filed electronically through the Court's CM/ECF System and was automatically copied to Plaintiffs through the Court's electronic filing system.


/s Christopher V. Bacon
Attorney for Defendant